[1]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **AKOLOUTHEO, LLC,** | |
|     Plaintiff, | **CIVIL ACTION NO.: 4:19-cv-818** |
| v. | |
| **TYLER TECHNOLOGIES, INC.** | **JURY TRIAL DEMANDED** |
|     Defendant. | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Akoloutheo, LLC, certifies that no publicly held corporation owns 10% or more of its stock.

November 12, 2019

Respectfully Submitted,

By: /s/ *Ronald W. Burns*

Ronald W. Burns
Texas State Bar No. 24031903
RWBurns & Co., PLLC
5999 Custer Road, Suite 110-507
Frisco, Texas 75035
972-632-9009
rburns@burnsiplaw.com

**ATTORNEY FOR PLAINTIFF
AKOLOUTHEO, LLC**

[1]