AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Texas

| | |
|---|---|
| AKOLOUTHEO, LLC<br><br>*Plaintiff(s)*<br>v.<br>TYLER TECHNOLOGIES, INC.<br><br>*Defendant(s)* | Civil Action No. 4:19-cv-818 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Tyler Technologies, Inc.
5101 Tennyson Parkway
Plano, TX 75024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ronald W. Burns, Esq.
RWBurns & Co., PLLC
5999 Custer Road, Suite 110-507
Frisco, Texas 75035
rwb@burnsiplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/12/19

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

[FILED Clerk, U.S. District Court Eastern District of Texas NOV 22 2019]

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-818

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

*** SEE ATTACHED ***
*** AFFIDAVIT ***

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 4:19-CV-818

Plaintiff:
AKOLOUTHEO, LLC

vs.

Defendant:
TYLER TECHNOLOGIES, INC.

Received these papers on the 13th day of November, 2019 at 6:00 pm to be served on TYLER TECHNOLOGIES, INC. care of its Registered Agent, CAPITOL CORPORATE SERVICES, INC., 206 E. 9th Street, Suite 1300, Austin, Travis County, TX 78701.

I, Jeff Keyton, being duly sworn, depose and say that on the 14th day of November, 2019 at 10:58 am, I:

delivered a true copy of this Summons in a Civil Action together with Complaint for Patent Infringement, including attached Exhibits to TYLER TECHNOLOGIES, INC., by delivering to its Registered Agent, CAPITOL CORPORATE SERVICES, INC., by and through its designated agent, MARY ANN QUICK, at the address of: 206 E. 9th Street, Suite 1300, Austin, Travis County, TX 78701, having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 14th day of November, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

Jeff Keyton
PSC-735; Exp 7/31/2020

Our Job Serial Number: THP-2019008545
Ref: 316-0421

Copyright 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

