IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AKOLOUTHEO, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>    Defendant. | CIVIL ACTION NO.: 4:19-cv-818<br><br>JURY TRIAL DEMANDED |

## MOTION FOR DISMISSAL

The plaintiff Akoloutheo, LLC ("Akoloutheo" or "Plaintiff") – pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) – hereby moves for an order dismissing all claims against the defendant in this action WITH PREJUDICE. The defendant has not answered or moved for summary judgment. Each party shall bear its own costs, expenses and attorney's fees.

December 13, 2019

Respectfully Submitted,

By: /s/ *Ronald W. Burns*

Ronald W. Burns
Texas State Bar No. 24031903
RWBurns & Co., PLLC
5999 Custer Road, Suite 110-507
Frisco, Texas 75035
972-632-9009
rburns@burnsiplaw.com

**ATTORNEY FOR PLAINTIFF
AKOLOUTHEO, LLC**

[2]

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5. As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5. Pursuant to Fed. R. Civ. P. 5 and Local Rule CV-5, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on this the 13th day of December, 2019.

/s/ *Ronald W. Burns*
Ronald W. Burns