IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AKOLOUTHEO, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>    Defendant. | CIVIL ACTION NO.: 4:19-cv-818<br><br>JURY TRIAL DEMANDED |

**ORDER**

Before the Court is Plaintiff Akoloutheo, LLC's Motion for Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Dkt. #7).  Having reviewed the motion and the applicable legal standard, the Court finds that the motion should be **GRANTED**.

It is therefore **ORDERED, ADJUDGED AND DECREED** that all claims asserted in this suit are hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED** this 17th day of December, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE